FILED
2024 Sep-11 AM 11:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ALTEC CAPITAL SERVICES, LLC,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **ALL RELIABLE SERVICES, INC., ALL RAILROAD SERVICES, CORP., and MICHAEL HERIDIA,** | ) | **CIVIL ACTION NO. 2:23-cv-01115-RDP** |
| **Defendants.** | ) | |
| **HANCOCK WHITNEY BANK,** | ) | |
| **Garnishee.** | ) | |

**NOTICE TO DEFENDANT OF WRIT OF GARNISHMENT**

**TO: MICHAEL HERIDIA**
**44 Fink Dr.**
**Ottsville, PA 18942**

**PLEASE TAKE NOTICE** that on ____________________, Garnishee Hancock Whitney Bank was served with copies of the Writ of Garnishment on Judgment and Affidavit for Garnishment on Judgment.

DATE:

GREER M. LYNCH

By: ______________________________
Deputy Clerk