FILED
2024 Sep-11 AM 11:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ALTEC CAPITAL SERVICES, LLC,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **ALL RELIABLE SERVICES, INC., ALL RAILROAD SERVICES, CORP., and MICHAEL HERIDIA,** | ) | **CIVIL ACTION NO. 2:23-cv-01115-RDP** |
| **Defendants.** | ) | |
| **WELLS FARGO BANK, NATIONAL ASSOCIATION,** | ) | |
| **Garnishee.** | ) | |

**WRIT OF GARNISHMENT ON JUDGMENT**

**To the United States Marshal for the Northern District of Alabama:**

Whereas, a judgment was rendered in this case in which the above-named plaintiff was granted a judgment against Michael Heridia ("Defendant") in the amount of $4,982,418.05,[1] and whereas plaintiff by attorney has made affidavit as required by law that said Defendant is justly indebted to the said plaintiff in the amount of said judgment, together with the costs of this writ, less $0.00 paid, plus post-judgment interest accruing pursuant to Ala. Code § 8-8-10; and that process of garnishment upon **Wells Fargo Bank, National Association** ("Garnishee") is necessary to obtain satisfaction of said judgment.

Now, therefore, you are hereby commanded to summon the said Garnishee to be and appear before this Court within thirty days from service of this process, then and there to answer, on oath, whether Garnishee was indebted to said Defendant at the time of service of this writ, or at the time of making answer, and whether Garnishee will be indebted in the future to the Defendant by contract then existing and whether Garnishee is liable to Defendant by contract then existing which may be discharged by delivery of personal property, and whether garnishee has in its possession or control money or effects belonging to Defendant.

This ________ day of _________________ 2024.

[1] Judgment was also entered in favor of the above-named plaintiff against All Reliable Services, Inc. and All Railroad Services Corp., but these judgments are not the subject of the instant writ.

**GREER M. LYNCH, CLERK**
United States District Court
1729 5th Avenue North
Birmingham, AL 35203
(205) 278-1700

By: ______________________________
Deputy Clerk