FILED
2024 Sep-11 AM 11:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

**ALTEC CAPITAL SERVICES, LLC,**

**Plaintiff,**

**v.**

**ALL RELIABLE SERVICES, INC., ALL RAILROAD SERVICES, CORP., and MICHAEL HERIDIA,**

**Defendants.**

**WELLS FARGO BANK, NATIONAL ASSOCIATION,**

**Garnishee.**

**CIVIL ACTION NO. 2:23-cv-01115-RDP**

**NOTICE TO DEFENDANT OF WRIT OF GARNISHMENT**

**TO: MICHAEL HERIDIA**
**44 Fink Dr.**
**Ottsville, PA 18942**

**PLEASE TAKE NOTICE** that on ____________________, Garnishee Wells Fargo Bank, National Association, was served with copies of the Writ of Garnishment on Judgment and Affidavit for Garnishment on Judgment.

DATE:

GREER M. LYNCH

By: ______________________________
Deputy Clerk