FILED
2024 Sep-24 PM 02:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# GARNISHEE'S ANSWER

Plaintiff: Altec Capital Services Llc
(Person Asserting Claim)

Number: 223CV01115RDP

FILED
2024 SEP 24 A 11: 13
U.S. DISTRICT COURT
N.D. OF ALABAMA

Defendant: Michael Heridia
(Person Whose Property is Subject to Garnishment)

Garnishee: Wells Fargo Bank N.A.
Writs and Levies Dept.
PO Box 1416
Charlotte, NC 28201

NOTICE TO GARNISHEE:

After reading the Process of Garnishment and Instructions on the reverse side of the process of garnishment, check the appropriate answer(s) below, sign and have notarized. Keep a copy of this answer for your records and return the original and other copies to this court at the address below.

___ Defendant is employed and Garnishee will withhold from the salary, wages or other compensation, as required and pay into court.

___ Defendant is employed, but defendant's disposable earnings are not sufficient to be subject to garnishment.

___ Garnishee has in Garnishee's possession or control property or money belonging to Defendant, which is not wages, salary or other compensation, namely: ________________
and is holding the property or money subject to orders of the court.

___ Defendant not employed/Garnishee not indebted to Defendant when process was received, or when making this Answer, or during intervening time, and Garnishee does not have possession or control of any belongings of the Defendant.

_X_ If Garnishee is a corporation, the person signing below is the duly authorized agent of Garnishee to make this answer and has knowledge of the facts stated herein.

_X_ Other (Explain) All Accounts Closed

[signature] SEP 17 2024

Garnishee or Authorized Agent (Signature)

Sworn To and Subscribed before me this
Date: SEP 17 2024

[signature]

Notary Public (Signature)

My commissions expires: 10-24-28

ADDRESS OF COURT

United States District Court
1729 5th Ave. North
room 140
Birmingham, AL 35203

ARENA T JAMES
NOTARY PUBLIC
My Commission Expires 10-24-28
MECKLENBURG COUNTY, NC