FILED
2024 Oct-23 AM 11:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
2024 OCT 23 A 11: 50
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| ALTEC CAPITAL SERVICES LLC | * | Case No.: 2:23-cv-01115-RDP |
| | * | |
| VERSUS | * | |
| | * | |
| ALL RELIABLE SERVICES INC., ALL RAILROAD SERVICES, CORP., AND MICHAEL HERIDIA | * | |
| | * | |
| | * | |
| | * | |

GARNISHMENT ANSWERS

STATE OF MISSISSIPPI
COUNTY OF HARRISON

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the County of Harrison, State of Mississippi, personally came and appeared:

KRISTEN CHAPMAN
LEGAL LIAISON
HANCOCK WHITNEY BANK

Comes now, HANCOCK WHITNEY BANK, and for answer to the Writ of Garnishment upon it served in the above styled and number cause, says as follows:

In answer to Interrogatory No. 1:
**Garnishee has in its possession effects belonging to the Defendant(s), *MICHAEL HERIDIN*, namely one checking account in the name of *MICHAEL HERIDIN* with a balance of $925.00 which is not sufficient to satisfy this writ in the amount of *$4,982,418.05*. Garnishee is currently holding the sum of $*925.00* in response to the Writ pending further instructions from the Court, subject to our normal and customary service charges and all costs of these proceedings.**

In answer to Interrogatory No. 2:
**See answer to Interrogatory No. 1.**

In answer to Interrogatory No. 3:
**See answer to Interrogatory No. 1.**

WHEREFORE, garnishee prays that this answer be deemed good and sufficient and for all general and equitable relief.

HANCOCK WHITNEY BANK
P.O. Box 4019
Gulfport, MS 39502
1 (800) 448-8812

BY: Kristen Chapman
Kristen Chapman
Legal Liaison

Sworn to and subscribed before me this 15th day of October 2024.

Jacqueline L. Rogers
NOTARY PUBLIC

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 117326
JACQUELINE N. LIZANA
Commission Expires
08/07/2028
HARRISON COUNTY

**Deposit Services - Legal**

**P.O. Box 4019, Gulfport, MS 39502**
**Phone: 1-800-448-8812 Fax: 504-586-3478**

**depopslegalreview@hancockwhitney.com**

RECEIVED

2024 OCT 23 A 12: 10

U.S. DISTRICT COURT
N.D. OF ALABAMA

October 15, 2024

GREER M. LYNCH, CLERK
United States District Court
1729 5th Avenue North
Birmingham, AL 35203

RE: ALTEC CAPITAL SERVICES, LLC .VS.
MICHAEL HERIDIA, ET AL
Case #: 2:23-cv-01115-RDP
DOL #: 45430

Dear Sir or Madam:

In compliance with the above referenced, enclosed please find our Garnishment Answers. If you have any questions, please contact the Bank.

Very truly yours,

*Kristen Chapman*

**Hancock Whitney Bank**

Enclosures

cc:

HANCOCK WHITNEY®

P.O. Box 4019
Gulfport, MS 39502

Return Service Requested

PRESORTED FIRST CLASS

Hasler
10/18/2024
US POSTAGE

FIRST-CLASS MAIL
AUTO - IMI
$00.54⁵

ZIP 70810
011D12602586

SECURITY

OCT 21 2024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA