FILED
2024 Nov-26 AM 09:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

FILED
2024 NOV 25 P 3:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| PLAINTIFF<br>Altec Capital Services, LLC | COURT CASE NUMBER<br>2:23-cv-01115-RDP |
| DEFENDANT<br>All Reliable Services, Inc., All Railroad Services, Corp., and Michael Heridia | TYPE OF PROCESS<br>Notice to Def (Wells Fargo Bank, N.A.) |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Michael Heridia
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
44 Fink Dr., Ottsville, PA 18942

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
James P. Roberts
Burr & Forman LLP
420 N 20th Street, Suite 3400
Birmingham, AL 35203

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| GREER M. LYNCH, CLERK | ☒ PLAINTIFF ☐ DEFENDANT | 205-251-3000 | 9/6/2024 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 1 | No. 1 | [signature] | 13Sept24 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| | 25NOV24 | 1000 ☒ am ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | [signature] |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

# USPS Tracking®

FAQs >

Tracking Number:

Remove X

## 70201290000105817481

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Moving Through Network

**In Transit to Next Facility**
November 24, 2024

**Arrived at USPS Regional Facility**
BIRMINGHAM AL DISTRIBUTION CENTER
November 23, 2024, 1:36 pm

**Arrived at USPS Regional Facility**
MONTGOMERY AL DISTRIBUTION CENTER
November 22, 2024, 2:12 pm

**Arrived at USPS Regional Facility**
PHILADELPHIA PA DISTRIBUTION CENTER
November 17, 2024, 4:42 pm

**Unclaimed/Being Returned to Sender**
OTTSVILLE, PA 18942
November 15, 2024, 10:24 am

**Reminder to Schedule Redelivery of your item**

7020 1290 0001 0581 7481

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here

23-1115 (Wells-Fargo)

*Sent To*
Michael Heredia
*Street and Apt. No., or PO Box No.*
*City, State, ZIP+4®*

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

November 5, 2024

**Notice Left (No Authorized Recipient Available)**
OTTSVILLE, PA 18942
October 31, 2024, 12:52 pm

**Out for Delivery**
OTTSVILLE, PA 18942
October 31, 2024, 10:02 am

**Arrived at Post Office**
OTTSVILLE, PA 18942
October 31, 2024, 9:51 am

**Arrived at USPS Regional Facility**
BIRMINGHAM AL DISTRIBUTION CENTER
October 28, 2024, 11:00 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

FILED
2024 NOV 25 P 3:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| PLAINTIFF<br>Altec Capital Services, LLC | COURT CASE NUMBER<br>2:23-cv-01115-RDP |
| DEFENDANT<br>All Reliable Services, Inc., All Railroad Services, Corp., and Michael Heridia | TYPE OF PROCESS<br>Notice to Def (Hancock Whitney Bank) |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Michael Heridia
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
44 Fink Dr., Ottsville, PA 18942

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>James P. Roberts<br>Burr & Forman LLP<br>420 N 20th Street, Suite 3400<br>Birmingham, AL 35203 | Number of process to be served with this Form 285<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature]<br>GREER M. LYNCH, CLERK | ☒ PLAINTIFF<br>☐ DEFENDANT | 205-251-3000 | 9/6/2024 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 1 | No. 1 | [signature] | 13Sept24 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| | | | |
|---|---|---|---|
| Name and title of individual served *(if not shown above)* | Date<br>25NOV24 | Time<br>1000 | ☒ am<br>☐ pm |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>[signature] | | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

# USPS Tracking®

FAQs >

Remove X

**Tracking Number:**

## 70201290000105817474

**Copy** **Add to Informed Delivery (https://informeddelivery.usps.com/)**

## Latest Update

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivery Attempt

**Reminder to Schedule Redelivery of your item**

November 7, 2024

**Notice Left (No Authorized Recipient Available)**

OTTSVILLE, PA 18942
November 2, 2024, 1:59 pm

**Out for Delivery**

OTTSVILLE, PA 18942
November 2, 2024, 9:08 am

**Arrived at Post Office**

OTTSVILLE, PA 18942
November 2, 2024, 8:57 am

**In Transit to Next Facility**

November 1, 2024

**Arrived at USPS Regional Facility**

BIRMINGHAM AL DISTRIBUTION CENTER

7020 1290 0001 0581 7474

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark Here

10/25
23-115
Michael Herid
(Hancock Whitney Bank)

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

# USPS Tracking®

FAQs >

Tracking Number:

Remove X

## 70201290000105817474

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivery Attempt

**Reminder to Schedule Redelivery of your item**

November 7, 2024

**Notice Left (No Authorized Recipient Available)**

OTTSVILLE, PA 18942
November 2, 2024, 1:59 pm

**Out for Delivery**

OTTSVILLE, PA 18942
November 2, 2024, 9:08 am

**Arrived at Post Office**

OTTSVILLE, PA 18942
November 2, 2024, 8:57 am

**In Transit to Next Facility**

November 1, 2024

**Arrived at USPS Regional Facility**

BIRMINGHAM AL DISTRIBUTION CENTER

October 26, 2024, 11:42 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**