FILED
2025 Feb-26 AM 10:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ALTEC CAPITAL SERVICES, LLC,** | ) | |
| | ) | |
| ***Plaintiff*,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION NO. 2:23-cv-01115-RDP** |
| **ALL RELIABLE SERVICES, INC.** | ) | |
| **ALL RAILROAD SERVICES, INC.,** | ) | |
| **and MICHAEL HERIDIA,** | ) | |
| | ) | |
| ***Defendants*.** | ) | |

**NOTICE OF WITHDRAWAL**

Altec Capital Services, LLC (the "Plaintiff") hereby provides notice that James P. Roberts of Burr & Forman LLP is withdrawing as counsel of record. Plaintiff will continue to be represented by Joe A. Joseph of Burr & Forman LLP.

Respectfully submitted this the 26th day of February, 2025.

*/s/ James P. Roberts*
James P. Roberts
Joe A. Joseph

*Attorneys for Altec Capital Services, LLC*

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email: jjoseph@burr.com
jroberts@burr.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2025, a copy of the foregoing document was filed electronically to be served on all parties who have registered to receive notifications via CM/ECF.

*/s/ James P. Roberts*
OF COUNSEL