FILED
2025 Mar-27 AM 09:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **ALTEC CAPITAL SERVICES, LLC,** | ) |
| ***Plaintiff*,** | ) |
| **v.** | ) **CIVIL ACTION NO. 2:23-cv-01115-RDP** |
| **ALL RELIABLE SERVICES, INC. ALL RAILROAD SERVICES, INC., and MICHAEL HERIDIA,** | ) |
| ***Defendants*.** | ) |

## MOTION TO CONDEMN AND REMIT FUNDS FROM GARNISHMENT

**COMES NOW,** Altec Capital Services, LLC ("Plaintiff"), and requests that this Honorable Court order Hancock Whitney Bank ("Garnishee") to release to the court all monies that is being held regarding the Writ of Garnishment which was served on September 11, 2024, against defendant Michael Heridia. Garnishee filed an answer with the Court on October 23, 2024. Garnishee has in Garnishee's possession or control property or money belonging to Plaintiff which was not wages, salary or other compensation. Garnishee is holding funds in the amount of $925, which has not yet been paid to the Court.

**WHEREFORE**, Plaintiff moves this Honorable Court to enter an order substantially in the form as the proposed order attached hereto as **Exhibit A**, granting the Motion to Condemn and Remit Funds from Garnishment and further Ordering that the condemned funds be remitted directly to Plaintiff's attorney, Joe A. Joseph, by the Clerk of the Court.

Dated this the 27th day of March, 2025.

/s/ Joe A. Joseph
Joe A. Joseph
Catherine T. Via

*Attorneys for Altec Capital Services, LLC*

**BURR & FORMAN LLP**
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email: jjoseph@burr.com
cvia@burr.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2025, I electronically filed a true and correct copy of the foregoing with the Clerk of Court for the U.S. District Court for the Northern District of Alabama by using the electronic filing system and a copy of the foregoing document has been provided by electronic filing to all persons required to receive notice and by e-mail and U.S. Mail for those not registered to receive CM/ECF notices of filing from this Court.

/s/ Joe A. Joseph
OF COUNSEL

# **EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ALTEC CAPITAL SERVICES, LLC,** | ) | |
| | ) | |
| ***Plaintiff*,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION NO. 2:23-cv-01115-RDP** |
| **ALL RELIABLE SERVICES, INC.** | ) | |
| **ALL RAILROAD SERVICES, INC.,** | ) | |
| **and MICHAEL HERIDIA,** | ) | |
| | ) | |
| ***Defendants*.** | ) | |

**[PROPOSED] ORDER GRANTING MOTION TO CONDEMN FUNDS**

**THIS MATTER** came before the Court on Altec Capital Services, LLC's ("Altec") *Motion to Condemn and Remit Funds from Garnishment* (the "Motion") filed on March 27, 2025. After consideration of said Motion, as well as the entire record of this case, this Court finds that the Motion and the relief requested therein is hereby **GRANTED.** Accordingly, it is

**ORDERED** that Hancock Whitney Bank is directed to deliver to the Clerk of Court for the United States District Court for the Northern District of Alabama all funds currently held that relate to the above-captioned defendants; and it is further

**ORDERED** that all funds currently held or received in the future by the Clerk pursuant to this or any future garnishment are hereby **CONDEMNED**. The Clerk of Court is directed to disburse any monies held by it to the Bank by mailing a check made payable to "Altec Capital Services, LLC," to:

**Burr & Forman LLP**
c/o Joe A. Joseph
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203

Done this, the ________ day, of _____________, 2025.

_________________________________
R. DAVID PROCTOR
CHIEF U.S. DISTRICT JUDGE